

14-2192

LARS

**FILED**

JUL - 1 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

$ 0.00

Richard H. Fecteau [Non-Citizen]
CA Const. Art.1.Sec.20
[Non-Commercial Residence]
6325 San Pablo Drive, Suite 221
Citrus Heights, CA 95610
Phone: (916) 601-5700
Facsimile: (916) 237-0333
Richard@TeamFecteau.com

Richard H. Fecteau
PRO SE

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>FIDELITY NATIONAL LAW GROUP<br><br>Declarant/Defendant, | [Legacy Account]<br>Bankruptcy Case No. 14-21034<br><br>Docket Control No. _____<br><br>Chapter 7 |

| | |
|---|---|
| Real Party of Interest<br><br>Richard H. Fecteau<br><br>Claimant,<br><br>vs.<br><br>Fidelity National Law Group,<br>and its successors and/or assignees,<br><br><br>Defendants | Adversary Proc. No._____<br><br>**Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**<br><br>**Constitution of the State of California**<br>**Federal Rules of Civil Procedure**<br>**Federal Rules of Bankruptcy**<br>**Eastern District Bankruptcy Local Rules**<br>**General Orders**<br>**Title 28 U.S. Code § 530B**<br>**Title 12 C.F.R. § 353.1** |

Page 1
**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

AO 72
(Rev. 8/82)

## STATEMENT OF UNDISPUTED FACTS

**PLEASE TAKE NOTICE** that Claimant, Richard H. Fecteau, does not give authorization or power of attorney to the Court to use said social security number ____ ____ _____ in processing this bankruptcy legacy claim. Pursuant to Constitutional Statutory Title 42, USC Section 42, **"it is a felony to compel the use or disclosure of a social security number."** Has this Court allowed the use of said social security number ____ ____ _____ in processing this bankruptcy legacy claim? If so, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

**AS SUCH,** I am not placing my "self" as the Undertaking, surety, and bond. If not, is there a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

### "Equal Protection of the Laws"

**PURSUANT** to the Constitution of the United States, **"THE CONSTITUTION OF THE UNITED STATES IS THE SUPREME LAW OF THE LAND..."** [Case No. 14-21034, 05/20/2014 Docket Item 49, 275 pgs] **Is the judge and the court upholding the Constitution of the United States as the Supreme Law of the Land?** Has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

&AO 72
(Rev. 8/82)

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

**PURSUANT to the Mandatory Judicial Notice of the Declaration – Status - Affidavit -** Richard H. Fecteau [non-commercial, non-citizen, corporation].

**PLEASE TAKE NOTICE** that Claimant, Richard H. Fecteau, [in the interest of justice] requests the Court confirm the existence of an Undertaking, Surety, and Bond in this **ADVERSARY PROCESS** so that the Claimant can indemnify himself from any and all injuries. **Has the existence of an Undertaking, Surety, and Bond been confirmed?** If not, is there a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

**PURSUANT** to the Mandatory Judicial Notice of the **Constitution of the State of California 1849**, Article I, Section 26 "The provisions of the Constitution are mandatory and prohibitory, unless by express words they are declared to be otherwise," [Case No. 14-21034, 05/20/2014 Docket Item 49, 275 pgs] **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the Constitution of the State of California 1849**? If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

**PURSUANT** to the Mandatory Judicial Notice of the **Constitution of the State of California, Article IV, Legislative, Section 16, Paragraphs (a) and (b)**

**(a)** "All laws of a general nature have uniform operation."

**(b)** "A local or special statute is invalid in any case if a general statute can be made applicable." [Case No. 14-21034, 05/20/2014 Docket Item 49, 275 pgs] [Judicial

Page 3
**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

✎AO 72
(Rev. 8/82)

employees and the "Real Party in Interest" are required to follow the mandates]. **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the Constitution of the State of California, Article IV, Legislative, Section 16, Paragraphs (a) and (b)?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the **FEDERAL RULES OF BANKRUPTCY PROCEDURE, December 1, 2013**. [Case No. 14-21034, 05/20/2014 Docket Item 49, 275 pgs] **Judicial employees and the "Real Party in Interest" are required to follow the mandates. Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the FEDERAL RULES OF BANKRUPTCY PROCEDURE, December 1, 2013**

PURSUANT to the **FEDERAL RULES OF CIVIL PROCEDURE WITH FORMS, DECEMBER 1, 2013.** [Case No. 14-21034, 05/20/2014 Docket Item 49, 275 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandates]. **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the FEDERAL RULES OF CIVIL PROCEDURE WITH FORMS, DECEMBER 1, 2013?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

Page 4

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

AO 72
(Rev. 8/82)

PURSUANT to the Mandatory Judicial Notice of the **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA Local Rules of Practice Effective May 1, 2012**. [Case No. 14-21034, 05/20/2014 Docket Item 49, 275 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate]. **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA Local Rules of Practice Effective May 1, 2012?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the **Local Rules of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA Effective October 1, 2013**. [Case No. 14-21034, 05/20/2014 Docket Item 49, 275 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate]. **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the Local Rules of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA Effective October 1, 2013?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the **CIVIL COVER SHEET approved by the Judicial Conference of the United States in September 1974**. [Case No. 14-21034, 05/20/2014 Docket Item 49, 275 pgs] [Judicial employees

AO 72
(Rev. 8/82)

Page 5
**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

1  and the "Real Party in Interest" are required to follow the mandate]. **Are the judicial**

2  **employees and the "Real Party in Interest" required to follow the Mandatory**

3  **Judicial Notice of the CIVIL COVER SHEET approved by the Judicial**

4  **Conference of the United States in September 1974?** If not, has there been a change

5  of policy? If there has been a change of policy, please provide a copy of the "Notice

6  Publication/ Regulation Submission", STD Form 400 that represents the constitutional

7

8  change.

9       **PURSUANT** to the Mandatory Judicial Notice of the **PRO SE PACKAGE**

10  **A SIMPLE GUIDE TO FILING A CIVIL ACTION UNITED STATES**

11  **BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA**. [Case No.

12  14-21034, 05/20/2014 Docket Item 49, 275 pgs] [Judicial employees and the "Real

13  Party in Interest" are required to follow the mandate]. **Are the judicial employees and**

14  **the "Real Party in Interest" required to follow the Mandatory Judicial Notice of**

15  **the PRO SE PACKAGE A SIMPLE GUIDE TO FILING A CIVIL ACTION**

16  **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF**

17  **CALIFORNIA pleading paper AO 72 Form?** If not, has there been a change of

18  policy? If there has been a change of policy, please provide a copy of the "Notice

19  Publication/ Regulation Submission", STD Form 400 that represents the constitutional

20

21  change.

22       **PURSUANT** to the Mandatory Judicial Notice of the **UNITED STATES**

23  **BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA GENERAL**

24  **ORDERS.** [Case No. 14-21034, 05/20/2014 Docket Item 50, 94 pgs] [Judicial

25  employees and the "Real Party in Interest" are required to follow the mandate]. **Are the**

26

✎AO 72
(Rev. 8/82)
Page 6
**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,
Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA GENERAL ORDERS? If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: TECHNICAL AMENDMENT TO LOCAL BANKRUPTCY RULE 1001(g) GENERAL ORDER 01-04, Sanctions for Noncompliance with Rules. [Case No. 14-21034, 05/20/2014 Docket Item 50, 94 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate]. Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: TECHNICAL AMENDMENT TO LOCAL BANKRUPTCY RULE 1001(g) GENERAL ORDER 01-04, Sanctions for Noncompliance with Rules? If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: DEPOSITS OF REGISTRY FUNDS GENERAL ORDER 04-04. [Case No. 14-21034, 05/20/2014 Docket Item 50, 94 pgs] [Judicial employees and the "Real Party in

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

Interest" are required to follow the mandate]. Are **the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: DEPOSITS OF REGISTRY FUNDS GENERAL ORDER 04-04?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

      **PURSUANT** to the Mandatory Judicial Notice of the **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: ADOPTION OF INTERIM BANKRUPTCY RULES GENERAL ORDER 05-02.** [Case No. 14-21034, 05/20/2014 Docket Item 50, 94 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate]. **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: ADOPTION OF INTERIM BANKRUPTCY RULES GENERAL ORDER 05-02?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

      **PURSUANT** to the Mandatory Judicial Notice of the **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: TECHNICAL AMENDMENT TO LOCAL RULE 9014-1 (d)(1) & (2) GENERAL ORDER 07-04, (d) Format and Content of Motions and Notices.** [Case No. 14-21034, 05/20/2014 Docket Item 50, 94 pgs] [Judicial employees and the "Real Party in

✎AO 72
(Rev. 8/82)

Page 8
**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

Interest" are required to follow the mandate]. **Are the judicial employees and the**

**"Real Party in Interest" required to follow the Mandatory Judicial Notice of the**

**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF**

**CALIFORNIA In re: TECHNICAL AMENDMENT TO LOCAL RULE 9014-1**

**(d)(1) & (2) GENERAL ORDER 07-04, (d) Format and Content of Motions and**

**Notices?** If not, has there been a change of policy? If there has been a change of policy,

please provide a copy of the "Notice Publication/ Regulation Submission", STD Form

400 that represents the constitutional change.

     **PURSUANT** to the Mandatory Judicial Notice of the **UNITED STATES**

**BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re:**

**OPERATIONS OF THE UNITED STATES BANKRUPTCY COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA IN THE ABSENCE OF AN**

**APPROPRIATION BILL OR CONTINUING RESOLUTION BY THE UNITED**

**STATES CONGRESS GENERAL ORDER 13-02.** [Judicial employees and the

"Real Party in Interest" are required to follow the mandate]. **Are the judicial**

**employees and the "Real Party in Interest" required to follow the Mandatory**

**Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN**

**DISTRICT OF CALIFORNIA In re: OPERATIONS OF THE UNITED STATES**

**BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

**IN THE ABSENCE OF AN APPROPRIATION BILL OR CONTINUING**

**RESOLUTION BY THE UNITED STATES CONGRESS GENERAL ORDER**

**13-02?** If not, has there been a change of policy? If there has been a change of policy,

Page 9
**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,**
**Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

✎AO 72
(Rev. 8/82)

please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: Complaints Against Pro Se Debtors Pursuant to 11 U.S.C. Sections 523 and 727 General Order 98-5.** [Case No. 14-21034, 05/20/2014 Docket Item 50, 94 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate]. **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: Complaints Against Pro Se Debtors Pursuant to 11 U.S.C. Sections 523 and 727 General Order 98-5?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: ADOPTION OF AMENDED LOCAL RULE 133 (Fed. R. Civ, P. 5) AND LOCAL RULE 160 (Fed. R. Civ. P.16) GENERAL ORDER NO. 526.** [Case No. 14-21034, 05/20/2014 Docket Item 50, 94 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate]. **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: ADOPTION OF AMENDED LOCAL RULE 133 (Fed. R.**

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

**Civ, P. 5) AND LOCAL RULE 160 (Fed. R. Civ. P.16) GENERAL ORDER NO. 526?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

Civilian Public Servant Holman, acting as a United States Bankruptcy judge [THOMAS HOLMAN] until substantiation from the Eastern District human resource director, **PURSUANT** to and **SUBJECT** to, the Mandatory Judicial Notice under the Constitution of the State of California, Article 20, Miscellaneous Subjects, Sec 3: [Case No. 14-21034, 05/20/2014 Docket Item 50, 94 pgs] [Oath]

> **"...I will well and faithfully discharge the duties upon which I am about to enter."**

**Are you well and faithfully discharging the duties upon which [you entered]?** Has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

**PURSUANT** to the Mandatory Judicial Notice of the **Guide to Judiciary Policy Vol 2: Ethics and Judicial Conduct Pt A: Codes of Conduct Ch 2: Code of Conduct for United States Judges.** [Case No. 14-21034, 05/20/2014 Docket Item 50, 94 pgs]

> "Deference to the judgments and rulings of courts depends on public confidence in the integrity and independence of judges. The integrity and independence of judges depend in turn on their acting without fear or favor. Although judges should be independent, they **must comply with the law**

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

AO 72
(Rev. 8/82)

**and should comply with this Code.** Adherence to this responsibility helps

to maintain public confidence in the impartiality of the judiciary.

Conversely, violation of this Code diminishes public confidence in the

judiciary and injures our system of government under law…"

**Civilian Public Servant Holman, acting as a United States Bankruptcy judge**

**[THOMAS HOLMAN] until substantiation from the Eastern District human**

**resource director, are you in compliance with your Code of Conduct?** If not,

has there been a change of policy? If there has been a change of policy, please

provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400

that represents the constitutional change.

    **PURSUANT** to the Mandatory Judicial Notice of the **Guide to Judiciary**

**Policy Vol 2: Ethics and Judicial Conduct Pt A: Codes of Conduct Ch 3: Code of**

**Conduct for Judicial Employees.** [Case No. 14-21034, 05/20/2014 Docket Item 50,

94 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the

mandate]. **Are the judicial employees and the "Real Party in Interest" required to**

**follow the Mandatory Judicial Notice of the Guide to Judiciary Policy Vol 2:**

**Ethics and Judicial Conduct Pt A: Codes of Conduct Ch 3: Code of Conduct for**

**Judicial Employees?** If not, has there been a change of policy? If there has been a

change of policy, please provide a copy of the "Notice Publication/ Regulation

Submission", STD Form 400 that represents the constitutional change.

    **PURSUANT** to the Mandatory Judicial Notice of the **Real ID Act – Title**

**II, H.R. 1268, Emergency Supplemental Appropriations Act for Defense, the**

**Global War on Terror, Tsunami Relief, 2005 (Enrolled as Agreed to or Passed by**

✎AO 72
(Rev. 8/82)

Page 12
**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,**
**Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

**Both House and Senate); Real ID Act of 2005 by former President George W. Bush Jr., FRCP, 17 (a), USA Patriots Act, 2005.** [Case No. 14-21034, 05/20/2014 Docket Item 51, 84 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate] **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the Real ID Act – Title II, H.R. 1268, Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, Tsunami Relief, 2005 (Enrolled as Agreed to or Passed by Both House and Senate); Real ID Act of 2005 by former President George W. Bush Jr., FRCP, 17 (a), USA Patriots Act, 2005?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

      **PURSUANT** to the Mandatory Judicial Notice of the **State of California Department of Motor Vehicles [Motor Carrier] Real ID Act Quarterly Report to the Legislature July 1, 2011 through September 30, 2011.** [Case No. 14-21034, 05/20/2014 Docket Item 51, 84 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate]. Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the **State of California Department of Motor Vehicles [Motor Carrier] Real ID Act Quarterly Report to the Legislature July 1, 2011 through September 30, 2011?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

✎AO 72
(Rev. 8/82)

Pursuant to the Mandatory Judicial Notice of the **FRCP 17(a) Ratification of Commencement of Real Party in Interest.** [Case No. 14-21034, 05/20/2014 Docket Item 51, 84 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate]. **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the FRCP 17(a) Ratification of Commencement of Real Party in Interest?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

Pursuant to the Mandatory Judicial Notice of the **USA PATRIOT Act.** [Case No. 14-21034, 05/20/2014 Docket Item 51, 84 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate].**Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the USA PATRIOT Act?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

Pursuant to the Mandatory Judicial Notice of the **USA Patriots Act, 2005 Section 326 Customer Identification Program (CIP) Joint Final Rule.** [Case No. 14-21034, 05/20/2014 Docket Item 51, 84 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate] **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the USA Patriots Act, 2005, Section 326 Customer Identification Program (CIP) Joint Final Rule?** If not, has there been a change of policy? If there has been a change of

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD

Form 400 that represents the constitutional change.

**PURSUANT** to the Mandatory Judicial Notice of **www.Pacer.gov.** [Case No.

14-21034, 05/20/2014 Docket Item 51, 84 pgs] [Judicial employees and the "Real Party

in Interest" are required to follow the mandate] **Are the judicial employees and the**

**"Real Party in Interest" required to follow the Mandatory Judicial Notice of the**

**www.Pacer.gov?** If not, has there been a change of policy? If there has been a change

of policy, please provide a copy of the "Notice Publication/ Regulation Submission",

STD Form 400 that represents the constitutional change.

**PURSUANT** to the Mandatory Judicial Notice of the **UNITED STATES**

**DISTRICT COURT for the BILL OF COSTS.** [Case No. 14-21034, 05/20/2014

Docket Item 52, 49 pgs] [Judicial employees and the "Real Party in Interest" are

required to follow the mandate] **Are the judicial employees and the "Real Party in**

**Interest" required to follow the Mandatory Judicial Notice of the UNITED**

**STATES DISTRICT COURT for the BILL OF COSTS?** If not, has there been a

change of policy? If there has been a change of policy, please provide a copy of the

"Notice Publication/ Regulation Submission", STD Form 400 that represents the

constitutional change.

**PURSUANT** to the Mandatory Judicial Notice of the **Pleading Paper**

**Instructions.** [Case No. 14-21034, 05/20/2014 Docket Item 52, 49 pgs] [Judicial

employees and the "Real Party in Interest" are required to follow the mandate] **Are the**

**judicial employees and the "Real Party in Interest" required to follow the**

**Mandatory Judicial Notice of the Pleading Paper Instructions?** If not, has there

✎AO 72
(Rev. 8/82)
Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,
Insurance Fraud, Willful and Malicious Injury
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT PETITION BY ATTORNEY FOR ADMISSION** form. [Case No. 14-21034, 05/20/2014 Docket Item 52, 49 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate] **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT PETITION BY ATTORNEY FOR ADMISSION form?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT Fee Schedule**. [Case No. 14-21034, 05/20/2014 Docket Item 52, 49 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate] **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT Fee Schedule?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

&AO 72
(Rev. 8/82)

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

**PURSUANT** to the Mandatory Judicial Notice of **BANKRUPTCY COURT MISCELLANEOUS FEE SCHEDULE**. [Case No. 14-21034, 05/20/2014 Docket Item 52, 49 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate] **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the BANKRUPTCY COURT MISCELLANEOUS FEE SCHEDULE?** If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

**PURSUANT** to the Mandatory Judicial Notice of the **UNITED STATES DISTRICT COURT for the APPEARANCE OF COUNSEL AO 458 (Rev. 06/09)** form. [Case No. 14-21034, 05/20/2014 Docket Item 52, 49 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate] **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES DISTRICT COURT for the APPEARANCE OF COUNSEL AO 458 (Rev. 06/09)** form? If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

**PURSUANT** to the Mandatory Judicial Notice of the **UNITED STATES DISTRICT COURT for the District of ___ CERTIFICATE OF GOOD STANDING AO 136 (Rev. 10/13)** form. [Case No. 14-21034, 05/20/2014 Docket Item 52, 49 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate] **Are the judicial employees and the "Real Party in Interest" required**

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

to follow the Mandatory Judicial Notice of the **UNITED STATES DISTRICT COURT for the District of ___ CERTIFICATE OF GOOD STANDING AO 136 (Rev. 10/13) form**? If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the **UNITED STATES DISTRICT COURT OATH ON ADMISSION AO 153 (Rev. 6/96)** form. [Case No. 14-21034, 05/20/2014 Docket Item 52, 49 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate] **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES DISTRICT COURT OATH ON ADMISSION AO 153 (Rev. 6/96) form**? If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

PURSUANT to the Mandatory Judicial Notice of the **UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: DEPOSITS OF REGISTRY FUNDS GENERAL ORDER 04-04.** [Case No. 14-21034, 05/20/2014 Docket Item 52, 49 pgs] [Judicial employees and the "Real Party in Interest" are required to follow the mandate] **Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA In re: DEPOSITS OF REGISTRY FUNDS GENERAL ORDER 04-04?** If not, has there been a change of policy? If there has been a change of policy,

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

1   please provide a copy of the "Notice Publication/ Regulation Submission", STD Form

2   400 that represents the constitutional change.

3       **PURSUANT** to the Mandatory Judicial Notice of the **OFFICE of the**

4   **ATTORNEY GENERAL Kamala D. Harris FORECLOSURE CONSULTANT**

5   **REGISTRATION on website www.oag.ca.gov.** [Case No. 14-21034, 05/20/2014

6   Docket Item 53, 103 pgs] [Judicial employees and the "Real Party in Interest" are

7   required to follow the mandate] **Are the judicial employees and the "Real Party in**

8   **Interest" required to follow the Mandatory Judicial Notice of the OFFICE of the**

9   **ATTORNEY GENERAL Kamala D. Harris FORECLOSURE CONSULTANT**

10  **REGISTRATION on website www.oag.ca.gov?** If not, has there been a change of

11  policy? If there has been a change of policy, please provide a copy of the "Notice

12  Publication/ Regulation Submission", STD Form 400 that represents the constitutional

13  change.

14      **PURSUANT** to the Mandatory Judicial Notice of the **Constitution of the State**

15  **of California CALIFORNIA CODES CIVIL CODE SECTION 2945.1.** [Case No.

16  14-21034, 05/20/2014 Docket Item 53, 103 pgs] [Judicial employees and the "Real

17  Party in Interest" are required to follow the mandate] **Are the judicial employees and**

18  **the "Real Party in Interest" required to follow the Mandatory Judicial Notice of**

19  **the Constitution of the State of California CALIFORNIA CODES CIVIL CODE**

20  **SECTION 2945.1?** If not, has there been a change of policy? If there has been a

21  change of policy, please provide a copy of the "Notice Publication/ Regulation

22  Submission", STD Form 400 that represents the constitutional change.

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,**
**Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

1    **PURSUANT** to the Mandatory Judicial Notice of the **STATE OF**

2    **CALIFORNIA FORECLOSURE CONSULTANT REGISTRATION FORM.**

3    [Case No. 14-21034, 05/20/2014 Docket Item 53, 103 pgs] [Judicial employees and the

4    "Real Party in Interest" are required to follow the mandate] **Are the judicial**

5    **employees and the "Real Party in Interest" required to follow the Mandatory**

6    **Judicial Notice of the STATE OF CALIFORNIA FORECLOSURE**

7    **CONSULTANT REGISTRATION FORM?** If not, has there been a change of

8

9    policy? If there has been a change of policy, please provide a copy of the "Notice

10   Publication/ Regulation Submission", STD Form 400 that represents the constitutional

11   change.

12   **PURSUANT** to the Mandatory Judicial Notice of the **California Bureau of**

13   **Real Estate – Public License Information website**

14   **http://www2.dre.ca.gov/PublicASP/pplinfo.asp?start=1**, Licensee/Company Name:

15

16   **SUZETTE Z. TORRES "No matching record was found for Licensee:  SUZETTE**

17   **Z. TORRES.** Exhibit ___ **Are the judicial employees and the "Real Party in**

18   **Interest" required to follow the Mandatory Judicial Notice of the California**

19   **Bureau of Real Estate – Public License Information website**

20   **http://www2.dre.ca.gov/PublicASP/pplinfo.asp?start=1?**

21   If not, has there been a change of policy? If there has been a change of policy, please

22

23   provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that

24   represents the constitutional change.

25   Pursuant to the Mandatory Judicial Notice of the **California Bureau of Real**

26   **Estate – Public License Information website**

Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,
Insurance Fraud, Willful and Malicious Injury
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

http://www2.dre.ca.gov/PublicASP/pplinfo.asp?start=1, Licensee/Company Name: FIDELITY NATIONAL LAW GROUP "No matching record was found for Licensee: FIDELITY NATIONAL LAW GROUP. Exhibit ___ Are the judicial employees and the "Real Party in Interest" required to follow the Mandatory Judicial Notice of the California Bureau of Real Estate – Public License Information website http://www2.dre.ca.gov/PublicASP/pplinfo.asp?start=1? If not, has there been a change of policy? If there has been a change of policy, please provide a copy of the "Notice Publication/ Regulation Submission", STD Form 400 that represents the constitutional change.

COMES NOW, Claimant, Richard H. Fecteau [Non-Citizen], CA Consti. Art.1.Sec.20, [Non-Commercial Residence], claims and alleges against Defendant, FIDELITY NATIONAL LAW GROUP, and its successors and/or assignees, as follows.

### PARTIES

1. Richard H. Fecteau, PRO SE [Non-Citizen], CA Consti. Art.1.Sec.20, [Non-Commercial Residence], ("Claimant") is an individual residing in the County of Sacramento and is a current partial owner of the real property commonly known as 8265 Lake Willow Way, Elk Grove, CA 95758, County of Sacramento, State of California, the ("Property").

2. Claimant is informed and believes and thereon alleges that Defendant, FIDELITY NATIONAL LAW GROUP ("Defendant FNLG") is a Group seated in the County of Contra Costa, State of California.

Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,
Insurance Fraud, Willful and Malicious Injury
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

✎AO 72
(Rev. 8/82)

3.   Claimant is informed and believes and thereon alleges that Defendant FNLG has failed to file several mandatory documents required to be allowed to present in the UNITED STATES BANKRUPTCY COURTY EASTERN DISTRICT OF CALIFORNIA.

4.   Claimant is informed and believes pursuant to Defendant FNLG's website, Defendant FNLG has been in business since 1848. Thus, Claimant is informed and believes and thereon alleges Defendant FNLG has been in business for approximately166 years or approximately 59,696 days.

5.   Claimant is informed and believes and thereon alleges Defendant FNLG, has, with full knowledge, accepted tender from Ann Nguyen for a California Land Title Association CLTA insurance policy, which verifies Chain of Title and ensures marketability of the referenced property.

6.   Claimant is informed and believes and thereon alleges Defendant FNLG, has, with full knowledge, accepted tender from Christopher Scott for an American Land Title Association ALTA insurance policy, which verifies Chain of Title and ensures marketability of the referenced property.

7.   Claimant is informed and believes and thereon alleges that Defendant FNLG, with almost 166 years and over 59,696 days of experience, with full knowledge and experience, has accepted tender for a valid CLTA and a valid ALTA insurance policy.

8.   Claimant is informed and believes and thereon alleges that Defendant FNLG legally should have been able to determine whom was legally on title before selling the Property and insuring the transaction(s).

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

AO 72
(Rev. 8/82)

9.  Claimant acknowledges and believes that on or about December 18, 2013, a

transaction by Grant Deed ("Fecteau Deed") was recorded at the Sacramento County

Recorder's office. A true and correct copy said Grant Deed that Claimant refers to is

attached hereto as Exhibit, and is incorporated herein.

10. Claimant acknowledges and believes that on or about January 6, 2014, Claimant

sent a letter to Steffanie Sharp at Fidelity National Title Insurance Company

("Fidelity"). A copy of the transaction by Grant Deed ("Fecteau Deed") was provided

with the letter. True and correct copy of the letter referred to is attached hereto as

Exhibit, and is incorporated herein.

11. Claimant is informed and believes and thereon alleges that Defendant FNLG

wrote a letter (pg2) to Claimant dated April 22, 2014, "Your claim to my client's

property is completely meritless and continues to cloud title. This must be correct[ed]

immediately." yet Defendant FNLG informs and believes and thereon alleges Claimant

has no claim to the "Property".

12. Claimant is informed and believes and thereon alleges that Defendant FNLG

wrote a letter (pg2) to Claimant dated April 22, 2014, "…demand that you execute the

attached a quit claim deed in order to clear my client's title" yet Defendant FNLG

informs and believes and thereon alleges Claimant has no claim to the "Property".

13. Claimant is informed and believes and thereon alleges that Defendant FNLG, in

its own letter dated April 22, 2014, states and admits that Defendant FNLG agreed that

Claimant has a claim in the Property.

14. Claimant is informed and believes and thereon alleges that Defendant FNLG is

stating that counsel is representing a client when in-fact, counsel is not strictly

Page 23

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,**
**Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

✎AO 72
(Rev. 8/82)

representing a client, Reference is made to the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government.

15. Claimant is informed and believes and thereon alleges that Defendant FNLG is actually representing itself. Violation of the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government. Exhibit __

16. Claimant is informed and believes and thereon informs the court that Defendant FNLG failed to note that Claimant did not have knowledge of the Escrow day/date because Defendant FNLG failed to inform Claimant of the date/day/location of escrow. Violation of the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government.

17. Claimant is informed and believes and thereon informs the court that Defendant FNLG failed to note to the court that most "Fidelity" offices were closed most of the holiday season. Violation of the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government.

18. .Claimant is informed and believes and thereon informs the court that Defendant FNLG fails to note that Claimant was not able to get in contact with "Fidelity" because January 6, 2014, was practically the first (1st) day of the year of 2014 for most businesses. Violation of the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government.

19. Claimant is informed and believes and thereon alleges that Defendant FNLG has made several attempts to scare Claimant from its rightful claim to the Property as shown on Exhibits. Violations of the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government.

Page 24

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

AO 72
(Rev. 8/82)

20. Claimant is informed and believes and thereon alleges that the Defendant

FNLG's statement was (summarized), "...this claim will not be paid because it was an

unforeseeable event..."

21. Claimant is informed and believes and thereon alleges that the Defendant

FNLG's valid (non-fraudulent) policy(ies) of Insurance are precisely meant to cover

"unforeseeable" events.

### History of insurance (From Wikipedia, June 26, 2014)

"...The first methods of transferring or distributing risk in a monetary

economy, were practiced by Chinese and Babylonian traders as long ago

as the 3rd and 2nd millennia BC, respectively.[1] Chinese merchants

travelling treacherous river rapids would redistribute their wares across

many vessels to limit the loss due to any single vessel's capsizing. The

Babylonians developed a system which was recorded in the famous Code

of Hammurabi, c. 1750 BC, and practiced by early Mediterranean sailing

merchants. If a merchant received a loan to fund his shipment, he would

pay the lender an additional sum in exchange for the lender's guarantee to

cancel the loan should the shipment be stolen or lost at sea."

22. Claimant is informed and believes and thereon alleges that the Defendant FNLG

clearly understands that all valid (non-fraudulent) insurance policies are designed to

cover losses to "unforeseeable" events.

23. Claimant is informed and believes and thereon alleges that Defendant FNLG is

attempting to bring forth irrelevant information and moot points, not pertinent to this

case.

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,
Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

24. Claimant is informed and believes and thereon alleges that Defendant FNLG will continue to fail to pay its insured obligations under either the CLTA or ALTA insurance policies.

## FIRST (1ST) CAUSE FOR ACTION

### (Sanctions Against Defendant FNLG)

1.   Claimant realleges and incorporates the allegations above as though fully set forth herein.

2.   Claimant proposes sanctions be placed upon any insurance company that fails to pay based on its thought that it can unprofessionally, threaten any claimant, either verbally or in writing, that it cannot or will not pay on an "unforeseeable" event(s). Unforeseeable event(s) are what insurance policies (see its history) have been from its indoctrination, 1750 BC.

3.   Claimant proposes sanctions be placed upon any insurance company that blatantly violates the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government."

4.   Claimant is informed and believes thereon alleges that sanctions against the Defendant FNLG may not be enough to force Defendant FNLG to stop its blatant violatations of the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government." in future cases.

## SECOND (2ND) CAUSE OF ACTION

### (Declaratory Relief – Against Defendant FNLG)

1.   Claimant realleges and incorporates the allegations above as though fully set forth herein.

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

2.    Claimant is informed and believes and thereon alleges that the Defendant FNLG is clearly trying to create "any way or method possible" of getting out of its insured financial responsibilities. (See history of insurance, above).

3.    Claimant is informed and believes and thereon alleges that Claimant does have a valid five 5% percent interest in the Property adverse to Defendant FNLG's attempts to state not; committing violations of the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government."

4.    Claimant is informed and believes and thereon alleges that the Defendant FNLG will continually and constantly make attempts to make inexcusable fraudulent, acts of willful, and malicious injury directed towards Claimant. Violations of the McDade Act, Constitutional Statutory Title 28 U.S. Code § 530B – "Ethical standards for attorneys for the Government."

WHEREFORE, Claimant prays for relief as against Defendant FNLG as follows:

### THIRD (3RD) CAUSE OF ACTION

### (Willful and Malicious Injury – Defendant FNLG)

1.    Claimant is informed and believes that Claimant has every right to its most recent claim for tender in compensation in the amount of Thirty-Six Thousand, ($36,000.00) dollars. Claimant notes that this amount does not include late payment fees and interest that may be deemed just and proper relief by the Court.

2.    Claimant is informed and believes and thereon alleges that Claimant has every right to further compensation for punitive damages arising from the torts set forth above in an amount as the Court may deem just and proper that is to be in addition to amounts owed on Property claim.

&AO 72
(Rev. 8/82)

Page 27
**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court, Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

3. For reasonable consultant's and advisor's fees;

4. For costs of suit incurred herein; and

5. For such other and further relief as the Court may deem just and proper.

Dated: July 1, 2014

Respectfully submitted,


Richard H. Fecteau,          PRO SE

6325 San Pablo Drive, Suite 221
Citrus Heights, CA  95610

Phone: (916) 601-5700
Facsimile: (916) 237-0333
Richard@TeamFecteau.com

**Adversary Proceeding, Complaint to Determine Legitimacy of Counsel in the Eastern District Court,**
**Insurance Fraud, Willful and Malicious Injury**
Non-Claim to Government Work Pursuant to:
AO Form 120 – Report on the Filing and Determination of an Action Regarding a Patent or Trademark

AO 72
(Rev. 8/82)

# ABOUT US

With origins that can be traced back 150 years, Fidelity National Title Insurance Company, through its underwriting subsidiaries, is one of the nation's premier real estate service companies, providing title insurance and other real estate-related products and services.

Fidelity employees are committed to providing our customers with a level of satisfaction that is unparalleled in the title insurance industry. Based on our experience and expertise, we are confident that you'll appreciate the Fidelity Difference.

## THE FIDELITY COMMITMENT

At Fidelity, commitment is not just a word--it's a conviction. We take pride in our desire to serve our customers to the best of our ability. The quality of Fidelity's customer service and the level of employee loyalty and commitment are enhanced by our employee stock ownership. Stock ownership serves as a motivational force for Fidelity employees who recognize the Company's success is dependent upon their efforts and contributions.

Fidelity employees uphold the six corporate precepts upon which the Company was founded:

- Bias For Action
- Autonomy and Entrepreneurship
- Employee Ownership
- Minimal Bureaucracy
- Close Customer Relationships
- Highest Standard of Conduct

## HISTORY OF FNTIC

**1848**
Western Title Insurance Company (now Fidelity National Title Insurance Company of California) traced its origin to C.V. Gillespie (founder), a notary public and searcher of records in San Francisco.

**1906**
At the time of the San Francisco earthquake and fire, employees of Western Title Insurance Company and their wives were credited with saving the title plant and other valuable records of the company.

**1920**
The original Western Title Insurance Company was formed.

**1961**
Fidelity National Title Insurance Company (FNTIC), a Nebraska corporation, received a certificate of authority and began doing business in Nebraska.

**1980**
FNTIC acquired the assets of a small underwriter in Tucson, Arizona. It was at this time that the Company's current principals were first affiliated with FNTIC.

**1981**
FNTIC, with agency operations in the Arizona counties of Maricopa and Pima, was purchased from CIGNA. FNTIC was ranked 48th in the country among title insurance companies with revenue of $6.2 million.

Corporate offices for FNTIC were moved from Denver, Colorado, to Scottsdale, Arizona.

**1984**
Controlling interest of FNTIC was sold to Fidelity National Financial, Inc. ("Fidelity" or the "Company"), its present holding company. William P. Foley, II, became President and Chairman of the Board.

**1985**
The Securities and Exchange Commission approved the sale of Fidelity's stock to the employees of its various subsidiaries. Fidelity became the nation's first and only employee-owned title insurance underwriter.

**1987**
Fidelity began trading on the American Stock Exchange under the symbol FNF.

Fidelity Acquired Western Title Insurance Company.

Fidelity moved corporate headquarters from Scottsdale, Arizona, to Irvine, California.

**1989**
Fidelity acquired Western Title in Portland, Oregon.

Fidelity purchased an El Paso-based title agency, which represented Fidelity's first direct title operation within the state of Texas.

**1991**
Fidelity established Premier Lenders, a concept unique to the title industry. All title work for lenders in the California counties of Los Angeles, Orange, Riverside, San Bernardino and San Diego is performed out of one regional office.

**1992**
Fidelity began trading on the New York Stock Exchange under the symbol FNF.

Fidelity acquires Meridian Title Insurance Company, and Security Title and Guarantee Company, expanding Fidelity's direct operations base to include Florida, Michigan, Missouri, New Jersey, New York, North Carolina, and Pennsylvania.

**1993**
Fidelity completed its acquisition of Agency Sales and Posting, Arizona Sales and Posting, Inc. and Pente Enterprises, Inc.

**1994**
Fidelity acquired ACS Systems, Inc., a computer software development company to enhance FNTIC's electronic data interchange through the development and marketing of its trust, escrow and title related software.

**1995**
Fidelity acquires Western Title Company of Washington, creating the opportunity to expand direct operations into Washington.

Fidelity acquires the accounts receivable and the book of business of World Title Company, formerly in conservatorship. Fidelity acquires 100% of the stock of World Tax

6/24/2014                          Fidelity National Title Insurance Company

Service... enhancing its market position in California.

**1996**
ACS unveiled ExpressNet (now FlexNet), an integrated solution for electronic commerce between back office systems and external service providers, realtors and lenders.

Fidelity acquired Nations Title Inc, 8th largest title underwriter in the United States, made FNTIC the 4th largest title underwriter in the U.S. and doubled the existing agency base.

Fidelity acquired Alliance Home Warranty (now Fidelity Home Warranty)

Fidelity acquired CRM, now Fidelity Tax Service

**1997**
FlexNet™, Fidelity National Lender Express Network, is established as the single source through one interface for bundled services to include title and escrow, tax, credit, flood, foreclosure appraisal, document and recording, and electronic commerce services.

Fidelity acquired First Title Corporation, a title company with offices throughout the southeastern United States.

Fidelity acquired three credit reporting companies Ifland Credit Services, Credit Reports, Inc., and Classified Credit Data, Inc. All three have been merged and operate as Fidelity National Credit Services, Inc.

Fidelity acquired Bron Research, Inc., a flood certification company headquartered in Austin, TX. which now operates as Fidelity National Flood, Inc.

Fidelity acquired Express Network, Inc., a provider of attorney services such as courier, messenger, courthouse filing, process serving, investigation and reprographics.

**1998**
Fidelity acquired Granite Financial, Inc., an industry consolidator in the small-ticket lease financing market

Fidelity sold wholly-owned subsidiary ACS to Micro General, Inc. ACS provides software, systems integration and telecommunication services to small to medium size businesses in the real estate industry.

FNTIC merged with Alamo Title, the ninth largest title insurer in the United States. As a result FNTIC is now the second largest underwriter in Texas.

Fidelity formed RealEC.com, the first multiple title underwriter alliance for electronic commerce. Fidelity and Stewart Title are the founding and initial members. It is designed to be an open electronic commerce network to order and deliver essential real estate information services in the real estate transaction process.

**1999**
FNF, through Micro General, sponsored and financed a new interest transaction intermediary company called Escrow.com.

FNF announces its plan to acquire Chicago Title Corp. and its title insurance subsidiaries - Chicago Title and Ticor Title, thus creating the world's largest title insurance organization.

**2000**
FNF completes its acquisition of Chicago Title Corp., creating the largest title insurance organization in the world.

FNF moved into its new corporate headquarters in Santa Barbara, California.

FlexNet and Chicago Title's CastleLink operation are merged to form Fidelity National Lender's Solution - the single solution for mortgage products and services.

---

Copyright © 2010 Fidelity National Title.
OFAC SDN Search  |  Privacy  |  Webmaster

*The statements made on this web page and any page that follows within the Fidelity National Title website are not intended, and shall not be construed to expressly or impliedly issue or deliver any form of written guaranty, affirmation, indemnification, or certification of any fact, insurance coverage or conclusion of law.

Other Languages:  Spanish  •  Korean  •  Chinese  •  Vietnamese



# California Bureau of Real Estate - Public License Information

Please enter the Licensee's Name (Last Name, First Name), Company Name or License Identification Number.  Name Search Help

If you would like to search for a real estate broker or corporation by the main office or branch address, click here.

**Licensee/Company Name:** SUZETTE Z. TORRES

**Mailing Address City** *(optional)*:

OR

**License ID:**

Clear   Find

**Note:** The "Mailing Address City" may differ from the licensee's main office and/or branch office city.

**No matching public record was found for Licensee:
SUZETTE Z. TORRES**

**Home**

# California Bureau of Real Estate - Public License Information

Please enter the Licensee's Name (Last Name, First Name), Company Name or License Identification Number. Name Search Help

If you would like to search for a real estate broker or corporation by the main office or branch address, click here.

**Licensee/Company Name:**  FIDELITY NATIONAL LAW GROUP

**Mailing Address City** *(optional)*:

OR

**License ID:**

Clear   Find

**Note:** The "Mailing Address City" may differ from the licensee's main office and/or branch office city.

**No matching public record was found for Licensee:
FIDELITY NATIONAL LAW GROUP**

**Home**

RECORDING REQUESTED BY:
Christopher Scott as Joint Tenant
and CEO of Copia Investiing, Inc.



Sacramento County Recorder
Craig A. Kramer, Clerk/Recorder
BOOK **20131218** PAGE **0073**
Wednesday, DEC 18, 2013  8:21:42 AM
PCR    $20.00::
Ttl Pd    $41.00    Rcpt # 0008053521

DHB/58/1-1

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO:
Richard H. Fecteau
6325 San Pablo Drive, Suite 221
Citrus Heights, CA 95610

APN#: 116-1330-011-0000                    Space Above This Line For Recorder's Use

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s):
DOCUMENTARY TRANSFER TAX is $ NONE.  CITY TAX $ NONE.
☒  "This conveyance transfers an interest into a bonafide gift, **R & T 11911**"
☒  Excluded from Reappraisal Under Proposition 13, California Constitution Article 13A § 1, et seq.

Christopher Scott as Joint Tenant and CEO of Copia Investiing, Inc., hereby GRANT(s) Five Percent (5%)
Beneficial Interest to Richard H Fecteau of the following described real property in the Sacramento of
County, State of California:

Legal Description:  **POR. SEC. 26, T.7N., R.5e., M.D.B. & M, 116-133, Por. Park Meadows Unit No. 1A,
R.M. Bk.266, Pg, 10 (10-27-99) Por. Park Meadows Unit No. 1B, R.M. Bk.267, Pg.1 (1027-99), Assessor's
Map Bk. 116 Pg. 133 County of Sacramento, Calif.**

Commonly known as:  8265 LAKE WILLOW WAY, ELK GROVE, CA 95758-8018

Dated: _12/18/13_        _Christytyn Cyan_

Christopher Scott as Joint Tenant and CEO of Copia Investiing, Inc.

STATE OF CALIFORNIA              }
COUNTY OF SACRAMENTO      } S.S.

On _DECEMBER 18, 2013_ before me, _P Lindgren_, a notary public in and
for said state, personally appeared _CHRISTOPHER SCOTT_, who proved to me on
the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.
WITNESS my hand and official seal.

Signature _P Lindgren_        (Seal)

P. LINDGREN
COMM. #2038152
Notary Public-California
SACRAMENTO COUNTY
My Comm. Exp. SEP. 18, 2017

## Letter of Instruction

**FROM THE ATTENTION OF:**
Richard H. Fecteau
6325 San Pablo Drive, Suite 221
Citrus Heights, CA 95610
(916) 601-5700

January 6, 2014

Reference Escrow Number _____
APN#:  <u>116-1330-011-0000</u>
Address:  <u>8265 Lake Willow Way, Elk Grove, CA  95758</u>
Recorded:  <u>December 18, 2013, Book 20131218, Page 0073</u>

**TO THE ATTENTION OF:**
Steffanie Sharp or Current Settlement Agent
Fidelity National Title Insurance Company
2365 Iron Point Road
Folsom, CA 95630
Ph:  (916) 984-4170
Fx:  (916) 984-6394.

Subject:  Settlement Agent Instructions, Richard H. Fecteau, a Principal to the Transaction

Per the attached, the undersigned, a principal to the transaction by Grant Deed, is entitled to the payment of the percentage specified of the purchase price of the stated property and hereby instructs the settlement agent to either:

- Electronically deposit the specified (percentage) payment to Wells Fargo Checking Account Number 5180228610 with Routing Number 121042882 OR

- Call/email Principal for pick-up/signature of escrow payment check.

Any questions and/or concerns should be addressed to the undersigned.

*Richard H. Fecteau*

Richard H. Fecteau
Principal to the Transaction
(916) 601-5700
Richard@TeamFecteau.com

# Fidelity National Law Group

**The Law Division of Fidelity National Title Group, Inc.**

**1550 Parkside Drive, Suite 300**

**Walnut Creek, CA 94596**

Suzette Z. Torres
Trial Counsel, Northwestern Region
Telephone: (925) 817-3704
Fax: (925) 930-9588
suzette.torres@fnf.com

April 22, 2014

***Via U.S. Mail and Email***
(Richard@TeamFecteau.com)

Richard H. Fecteau
6325 San Pablo Drive, Suite 221
Citrus Heights, CA 95610

Re:    *8265 Lake Willow Way, Elk Grove, CA*

Dear Mr. Fecteau,

I have been retained to represent Ann Nguyen regarding the above mentioned property. Please forward all future correspondence in this matter to my office. As you know, Copia Investing, Inc. (a Nevada Limited Liability Company) sold this property to Ms. Nguyen several months ago. On January 7, 2014, you made a demand to the escrow company to be paid from escrow funds for this transaction. You represented that Mr. Scott owed you money and you were entitled to receive $11,500 in escrow disbursements. Your demand was quite surprising due to the fact at you were never a party to this transaction and, despite several requests, you have provided no proof to support your claim.

About 1 month later, you contacted Ms. Nguyen directly and demanded that she pay you $15,000. You represented that your claim arises from the same escrow transaction. You have no basis to make these frivolous demands against my client. The fact that your unsupported demand changed from $11,500 to $15,000 within a month's time is ridiculous at best.

Your claim that you have any interest in Ms. Nguyen's property is completely absurd. According to your grant deed, the grantor was "Christopher Scott as Joint Tenant and CEO of Copia Investiing, Inc.". Neither Copia Investing, Inc. nor Copia Investiing,

Inc. has a CEO.  Neither "Copia Investiing, Inc." nor "Christopher Scott" had any record interest in the property at the time the grant deed was executed.  Thus, your grantor had no property interest to convey to you.  It also appears that your grant deed contains a legal description referring to *a different property*. **Oddly enough, just days after you filed your bankruptcy petition, in which you verified that you owned no property, you adamantly claimed partial ownership to the above mentioned property.**  This type of blatant misrepresentation is unethical, unprofessional and will not be tolerated.

Your claim to my client's property is completely meritless and continues to cloud title.  This must be correct immediately.  In order to resolve this matter without further need of litigation, I demand that you execute the attached a quitclaim deed in order to clear my client's title.  If I do not receive your executed copy of the quitclaim deed by **April 30, 2014**, I will have no other choice but to pursue further legal remedies.  Make no mistake, I will not hesitate to protect my client's interests to the full extent of the law.

I look forward to your swift response in this matter.

Sincerely,

Suzette Z. Torres

SZT:tdl
Enclosures

cc:    client

RECORDING REQUESTED BY
Fidelity National Law Group
AND WHEN RECORDED MAIL TO

Name  Suzette Z. Torres, Esq.
Fidelity National Law Group
Street
Address  1550 Parkside Drive, Suite 300
Walnut Creek, CA
City,State  94596
Zip

Order No. _____

APN: 116-1130-011-0000

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# QUITCLAIM DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s)

City of  **Elk Grove** _____
Conveyance Tax is $[ NONE ] _____
Parcel No.116-1330-011-0000 _____

Documentary Transfer Tax is $ **0 (This conveyance transfers an interest into a bonafide gift. R&T 11911)**
[☐] computed on full value of interest or property conveyed, or,
[☐] full value less value of liens or encumbrances remaining at
the time of sale

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Richard H. Fecteau**

does hereby REMISE, RELEASE AND FOREVER QUITCLAIM to

**Ann Nguyen, a married woman as her sole and separate property,**

the following real property in the city of  **Elk Grove** county of  Sacramento , state of **California** :

THE LAND REFERRED TO IS SITUATED IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA  AND IS DESCRIBED AS FOLLOWS:

LOT 02 OF PARK MEADOWS UNIT NO.1B AS SHOWN ON A MAP FILED IN BOOK 267, PAGE 1, OF MAPS IN THE OFFICE OF THE COUNTY RECORDER IN SACRAMENTO COUNTY.

APN: 116-1330-011-0000
COMMONLY KNOWN AS: 8265 LAKE WILLOW WAY, ELK GROVE, CA  95758-8018

Dated:_____

STATE OF CALIFORNIA                    )
) SS.
COUNTY OF _____    )

On  _____  before           me,
_____ ,  Notary      Public,
personally appeared **RICHARD H. FECTEAU**, who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s)  is/are  subscribed  to  the  within  instrument  and acknowledged  to  me  that  he/she/they  executed  the  same  in his/her/their  authorized  capacity(ies),  and  that  by  his/her/their signature(s)  on  the  instrument  the  person(s),  or  the  entity  upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____

**RICHARD H.  FECTEAU**

MAIL TAX STATEMENTS TO PARTY SHOWN ON THE FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

| Ann Nguyen | 8265 Lake Willow Way, | Elk Grove, CA 95758 |
|---|---|---|
| Name | Street Address | City & State |

AMENDMENTS

2002—Pub. L. 107–273, § 205(a), designated existing provisions as subsec. (a) and added subsec. (b).

Subsec. (b)(2). Pub. L. 107–273, § 4003(b)(3), struck out "over $5,000,000" after "services contract" in introductory provisions.

EFFECTIVE DATE

Section effective Oct. 26, 1978, see section 604 of Pub. L. 95–521, set out as a note under section 591 of this title.

## § 530. Payment of travel and transportation expenses of newly appointed special agents

The Attorney General or the Attorney General's designee is authorized to pay the travel expenses of newly appointed special agents and the transportation expenses of their families and household goods and personal effects from place of residence at time of selection to the first duty station, to the extent such payments are authorized by section 5723 of title 5 for new appointees who may receive payments under that section.

(Added Pub. L. 98–86, § 1, Aug. 26, 1983, 97 Stat. 492.)

## § 530A. Authorization of appropriations for travel and related expenses and for health care of personnel serving abroad

There are authorized to be appropriated, for any fiscal year, for the Department of Justice, such sums as may be necessary—

(1) for travel and related expenses of employees of the Department of Justice serving abroad and their families, to be payable in the same manner as applicable with respect to the Foreign Service under paragraphs (3), (5), (6), (8), (9), (11), and (15) of section 901 of the Foreign Service Act of 1980, and under the regulations issued by the Secretary of State; and

(2) for health care for such employees and families, to be provided under section 904 of that Act.

(Added Pub. L. 100–690, title VI, § 6281(a), Nov. 18, 1988, 102 Stat. 4368.)

REFERENCES IN TEXT

Sections 901 and 904 of the Foreign Service Act of 1980, referred to in pars. (1) and (2), are classified to sections 4081 and 4084, respectively, of Title 22, Foreign Relations and Intercourse.

## § 530B. Ethical standards for attorneys for the Government

(a) An attorney for the Government shall be subject to State laws and rules, and local Federal court rules, governing attorneys in each State where such attorney engages in that attorney's duties, to the same extent and in the same manner as other attorneys in that State.

(b) The Attorney General shall make and amend rules of the Department of Justice to assure compliance with this section.

(c) As used in this section, the term "attorney for the Government" includes any attorney described in section 77.2(a) of part 77 of title 28 of the Code of Federal Regulations and also includes any independent counsel, or employee of such a counsel, appointed under chapter 40.

(Added Pub. L. 105–277, div. A, § 101(b) [title VIII, § 801(a)], Oct. 21, 1998, 112 Stat. 2681–50, 2681–118.)

EFFECTIVE DATE

Pub. L. 105–277, div. A, § 101(b) [title VIII, § 801(c)], Oct. 21, 1998, 112 Stat. 2681–50, 2681–119, provided that: "The amendments made by this section [enacting this section] shall take effect 180 days after the date of the enactment of this Act [Oct. 21, 1998] and shall apply during that portion of fiscal year 1999 that follows that taking effect, and in each succeeding fiscal year."

## § 530C. Authority to use available funds

(a) IN GENERAL.—Except to the extent provided otherwise by law, the activities of the Department of Justice (including any bureau, office, board, division, commission, subdivision, unit, or other component thereof) may, in the reasonable discretion of the Attorney General, be carried out through any means, including—

(1) through the Department's own personnel, acting within, from, or through the Department itself;

(2) by sending or receiving details of personnel to other branches or agencies of the Federal Government, on a reimbursable, partially-reimbursable, or nonreimbursable basis;

(3) through reimbursable agreements with other Federal agencies for work, materials, or equipment;

(4) through contracts, grants, or cooperative agreements with non-Federal parties; and

(5) as provided in subsection (b), in section 524, and in any other provision of law consistent herewith, including, without limitation, section 102(b) of Public Law 102–395 (106 Stat. 1838), as incorporated by section 815(d) of Public Law 104–132 (110 Stat. 1315).

(b) PERMITTED USES.—

(1) GENERAL PERMITTED USES.—Funds available to the Attorney General (i.e., all funds available to carry out the activities described in subsection (a)) may be used, without limitation, for the following:

(A) The purchase, lease, maintenance, and operation of passenger motor vehicles, or police-type motor vehicles for law enforcement purposes, without regard to general purchase price limitation for the then-current fiscal year.

(B) The purchase of insurance for motor vehicles, boats, and aircraft operated in official Government business in foreign countries.

(C) Services of experts and consultants, including private counsel, as authorized by section 3109 of title 5, and at rates of pay for individuals not to exceed the maximum daily rate payable from time to time under section 5332 of title 5.

(D) Official reception and representation expenses (i.e., official expenses of a social nature intended in whole or in predominant part to promote goodwill toward the Department or its missions, but excluding expenses of public tours of facilities of the Department of Justice), in accordance with distributions and procedures established, and rules issued, by the Attorney General, and expenses of public tours of facilities of the Department of Justice.

# Richard Fecteau

**From:** Torres, Suzette
**Sent:** Monday, June 30, 2014 2:59 PM
**To:** Richard@TeamFecteau.com; Richard Fecteau
**Subject:** Ann Nguyen: 8265 Lake Willow Way, Elk Grove, CA 95758-8018
**Attachments:** 2014.06.30.Letter from Fecteau re Notice of Intent to Accelerate.pdf

Dear Mr. Fecteau,

As you know, I represent Ms. Nguyen and I have already told you on the phone NOT to contact her. You were instructed to forward all future correspondence to my office. Your blatant disregard of these instructions is not only unprofessional, it is unlawful.

As you are well aware, we filed an adversary proceeding against you regarding your claims against my client's property. Shortly thereafter, you sent my client the attached letter threatening to foreclose on her property if she does not pay you $36,000. You also threatened to report her to the IRS to "ensure proper withholding" and claimed you sent copies of the letter to the "California District Attorney" and the "California Bureau of Insurance". You have no valid claim against my client or her property. You were not a party to the sales transaction and your wild deed is not in the chain of title. You have no right foreclose on the property, no right to slander my client's reputation, nor are you entitled to make any monetary demands against Ms. Nguyen. Making false representations are actionable and your continued harassment of my client will not be tolerated.

Because of your actions, I have no other choice but to amend my complaint to add causes of action for slander of title, libel, defamation, intentional/fraudulent misrepresentation, and harassment. If necessary, I will obtaining a restraining order against you to stop harassing my client. I assume that you also failed to inform the trustee about your recent demand for money from my client, so I've forwarded your letter to the Trustee. You can explain your actions to the bankruptcy judge and trustee accordingly.

**Suzette Z. Torres, Esq.**
**Vice President/Trial Counsel**
**Fidelity National Law Group**
**A Division of Fidelity National Title Group, Inc.**
1550 Parkside Drive, Suite 300
Walnut Creek, CA 94596
suzette.torres@fnf.com
Direct: 925.817.3704
Fax: 925.930.9588



*THIS ELECTRONIC MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT AN INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS E-MAIL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY REPLYING TO THIS MESSAGE OR BY TELEPHONE. THANK YOU.*

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.